**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANTONINO EUGENE LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-627C |
| | ) | (Judge George Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED OUT OF TIME MOTION FOR AN EXTENSION OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States, respectfully requests permission to file our response to the complaint out of time. Our response was originally due on November 15, 2010. We have contacted counsel for the plaintiff, who has indicated that he does not oppose this motion.

On November 9, 2010, undersigned counsel attempted to electonically file a motion for summary judgment in response to the complaint. At the time, he was unaware that this attempt was unsucessful, and did not notice the error until November 16, 2010, while reviewing the docket to update filing deadlines for this and other cases. Counsel apologizes for any inconvenience this may have caused the Court.

For the reasons stated above, we respectfully request that the Court permit us to file our response to the complaint out of time.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

November 17, 2010

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 17, 2010 a copy of foregoing "UNOPPOSED OUT OF TIME MOTION FOR AN EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager