# DEFENDANT'S APPENDIX

# INDEX TO APPENDIX

**DOCUMENT** **PAGE(S)**

Second Superceding Indictment, United States v. Antonino Eugene Lyons,
Docket No. 6:01-CR-134 (Oct. 3, 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-13

Government's Unopposed Motion To Vacate Guilty Verdict And
Dismiss Count One, United States v. Antonino Eugene Lyons,
Docket No. 6:01-CR-134 (May 14, 2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-15

Order, United States v. Antonino Eugene Lyons,
Docket No. 6:01-CR-134 (May 21, 2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-17

Order, United States v. Antonino Eugene Lyons,
Docket No. 6:01-CR-134 (Sept. 30, 2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-48

Memorandum Opinion, United States v. Antonino Eugene Lyons,
Docket No. 6:01-CR-134 (July 20, 2010). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49-66