# In the United States Court of Federal Claims

| | |
|---|---|
| ANTONINO EUGENE LYONS,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 10-627 C<br>Filed November 18, 2010 |

**ORDER**

On November 17, 2010, defendant moved for leave to file its response to the complaint out of time (docket entry 5). Defendant's response was due on November 15, 2010. Counsel for defendant unsuccessfully attempted to file its response on November 9, 2010, and only noticed that the filing was unsuccessful on November 16, 2010. Counsel for plaintiff does not oppose this motion.

In view of the foregoing, defendant's motion is **GRANTED**. Defendant shall promptly re-file its motion for summary judgment and attached appendix.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge