# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ANTONINO EUGENE LYONS, Plaintiff, | ) | No. 10-627 C |
| v. | ) | Filed June 15, 2011 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On June 3, 2011, the Court filed an Opinion and Order granting plaintiff's motion for partial summary judgment (docket entry 15). The order required the parties to file a joint status report by June 13, 2011, "describing the parties' views on the nature and timing of further proceedings looking toward resolution of the remaining issue in this case, *i.e.*, plaintiff's damages." Order at 16. On June 14, 2011, the parties filed a joint status report stating that they are working to reach an agreement on the amount of plaintiff's damages (docket entry 16). The parties jointly request that the Court permit them to file another joint status report by July 13, 2011, updating the Court on their progress toward settlement.

The Court hereby **GRANTS** the parties' request and **ORDERS** the parties to file a joint status report by **Wednesday, July 13, 2011**. The Court **FURTHER ORDERS** the parties to participate in a telephonic status conference at **2:00 p.m. EDT** on **Tuesday, July 19, 2011**. If the parties have reached agreement on the issue of damages and have filed a joint stipulation of dismissal by that date, the Court will revisit the need for the status conference at that time.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge