**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANTONINO EUGENE LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-627C |
| | ) | (Judge George Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's June 15, 2011 order, plaintiff, Antonino Eugene Lyons, and defendant, the United States, respectfully submit this joint status report.

After discussions with plaintiff's counsel regarding the calculation of damages, counsel for the defendant has prepared a request for the authorized representative of the Attorney General, seeking authority to enter into a stipulation of damages while reserving the right to appeal. The parties have also circulated a draft joint stipulation as to damages. If authorization is received, the parties anticipate filing a joint stipulation as to damages with the Court, avoiding the need for further litigation on damages and permitting the Court to issue a final judgment.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Robert R. Berry
ROBERT R. BERRY
FLA. Bar Number 714216
5450 Village Drive
Viera, Florida 32955
(321) 504-0321 (Office)
(321)504-0320 (Fax)
LITIGATORS@BELLSOUTH.NET

Attorney for Plaintiff

July 13, 2011

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

Attorneys for Defendant

July 13, 2011