# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ANTONINO EUGENE LYONS,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 10-627 C<br><br>Filed July 14, 2011 |

**ORDER**

On July 13, 2011, pursuant to this Court's Order of June 15, 2011 (docket entry 17), the parties filed a Joint Status Report (docket entry 18) in which they represented that they are in the process of seeking Justice Department authority to enter into a stipulation as to the amount of plaintiff's damages while reserving the Government's right to appeal from the Court's anticipated final judgment in favor of plaintiff. The Court's June 15 Order also scheduled a telephonic status conference for **Tuesday, July 19, 2011 at 2 p.m. EDT** in the event that the parties have not filed a stipulation as to plaintiff's damages before that date. In view of the short time remaining until July 19, the Court **ORDERS** the parties to participate in the previously scheduled telephonic status conference on July 19 and to be prepared to advise the Court at that time of the status of the consideration of the proposed stipulation by the authorized representative of the Attorney General. The Court will initiate the call.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge