# In the United States Court of Federal Claims

| | |
|---|---|
| ANTONINO EUGENE LYONS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 10-627 C<br><br>Filed July 20, 2011 |

**ORDER**

Pursuant to the Court's Orders of June 15, 2011 (docket entry 17) and July 14, 2011 (docket entry 19), the parties participated with the Court in a telephonic status conference at 2:00 p.m. on Tuesday, July 19, 2011. Counsel for defendant stated that trial counsel for the parties have agreed to the amount of plaintiff's damages and are now awaiting approval of their proposed stipulation by the authorized representative of the Attorney General. Counsel for defendant further stated that he was hopeful the stipulation would be approved by early August.

In view of the foregoing, the Court **ORDERS** the parties to submit a joint status report by **Tuesday, August 9, 2011** describing the status of the proposed stipulation. After the parties file the joint status report, the Court will consider scheduling a further status conference. In the event that the parties file a stipulation of plaintiff's damages before August 9, the Court will reconsider the need for the joint status report and the status conference.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge