**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANTONINO EUGENE LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-627C |
| | ) | (Judge George Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's July 20, 2011 order, plaintiff, Antonino Eugene Lyons, and defendant, the United States, respectfully submit this joint status report.

The authorized representative of the Attorney General has reviewed undersigned counsel's request for authorization to file a joint stipulation as to damages, as well as the draft joint stipulation. The parties are in the process of making revisions to the language to the draft joint stipulation as to damages, in order to obtain the approval from the authorized representative of the Attorney General. The parties anticipate that they will be able to either file a joint stipulation or provide additional information within two weeks of the date of this report, and respectfully request leave of Court to file a joint status report on or by August 23, 2011, if a joint stipulation has not been filed by or before that date.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Robert R. Berry
ROBERT R. BERRY
FLA. Bar Number 714216
5450 Village Drive
Viera, Florida 32955
(321) 504-0321 (Office)
(321)504-0320 (Fax)
LITIGATORS@BELLSOUTH.NET

Attorney for Plaintiff

August 9, 2011

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

Attorneys for Defendant

August 9, 2011