# In the United States Court of Federal Claims

| | |
|---|---|
| ANTONINO EUGENE LYONS,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 10-627 C<br>Filed August 16, 2011 |

**ORDER**

On August 9, 2011, pursuant to this Court's Order of July 20, 2011 (docket entry 20), the parties filed a Joint Status Report (docket entry 21) in which they state that they are in the process of making revisions to the language to the draft joint stipulation as to damages to obtain the approval from the authorized representative of the Attorney General. The parties further state that that the authorized representative of the Attorney General has already reviewed both the parties' request for authorization to file a joint stipulation as to damages, as well as the draft joint stipulation.

The parties anticipate that they will be able to either file a joint stipulation or provide additional information within two weeks, and they request leave of Court to file a joint status report by August 23, 2011, if a joint stipulation has not been filed by then.

In view of the foregoing, the Court **ORDERS** the parties to file a further joint status report by **Tuesday, August 23, 2011**, provided that the parties have not filed a joint stipulation by then.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge