**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANTONINO EUGENE LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-627C |
| | ) | (Judge George Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION REGARDING DAMAGES AMOUNT**

For the purpose of resolving the calculation of damages, while reserving the right to appeal any judgment, it is stipulated between plaintiff Antonino Eugene Lyons, and defendant, the United States, as follows:

1. On June 3, 2011, this Court entered its liability ruling denying the Government's motion to partial summary judgment and granting plaintiff's motion for partial summary judgment, holding that the increased damages formulation applied to this case. *Antonino Eugene Lyons v. United States*, __ Fed. Cl. ___, 2011 WL 2164028 (2011). The Court's ruling left open "the appropriate amount of compensation due to plaintiff." *Id.* at *1 n.1.

2. Defendant and plaintiff through counsel have entered into negotiations solely to resolve "the appropriate amount of compensation due to plaintiff," in light of the Court's liability decision, without defendant conceding the correctness of the Court's ruling, and without waiving the Government's right of appeal from any decision or final judgment in this matter. Plaintiff claims statutory damages in the total amount of $137,397.26. Defendant and plaintiff hereby stipulate that "the appropriate amount of compensation due to plaintiff," consistent with the Court's June 3, 2011 opinion, would be $137,397.26. Each party will bear its own fees and costs.

3. This document constitutes a complete integration of the stipulation between defendant and plaintiff, Antonino Eugene Lyons, and supersedes any and all prior oral or written representations, understandings or agreements between them.

4. Plaintiff's counsel represents that he is authorized to enter into this stipulation.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director

ROBERT R. BERRY
FLA. Bar Number 714216
5450 Village Drive
Viera, Florida 32955
(321) 504-0321 (Office)
(321)504-0320 (Fax)
LITIGATORS@BELLSOUTH.NET

Attorney for Plaintiff

Aug 11, 2011

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

Attorneys for Defendant

August 23, 2011