# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ANTONINO EUGENE LYONS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 10-627 C |
| THE UNITED STATES, | ) | Filed August 24, 2011 |
| Defendant. | ) | |

**ORDER**

Having considered the parties' "Joint Stipulation Regarding Damages Amount," filed August 23, 2011 (docket entry 23), the Court does hereby direct the Clerk of Court to enter final judgment in this action in favor of plaintiff Antonino Eugene Lyons in the amount of $137,397.26.

In accordance with the parties' stipulation, each party will bear its own fees and costs.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge