# In the United States Court of Federal Claims

**No. 10-627 C**

**ANTONINO EUGENE LYONS**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' joint stipulation regarding damages amount, filed August 23, 2011, and the court's Order, filed August 24, 2011,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $137,397.26. Each party will bear its own costs.

Hazel C. Keahey
Clerk of Court

**August 25, 2011** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.