United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 16, 2011

Robert R. Berry, Esquire
Eisenmenger Berry and Peters PA
5450 Village Drive
Viera, Florida 32955

In re: Antonino Eugene Lyons v. United States,
No. 10-627 C

Dear Mr. Berry:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated August 25, 2011, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler

Debra L. Samler
Senior Case Manager

Enclosures

cc: Steven M. Mager, Esquire
Department of Justice