ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
OCT 24 2011
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTONINO EUGENE LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-627C |
| | ) | (Judge George Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the defendant, the United States, in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered on August 25, 2011.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

October 24, 2011

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on October 24, 2011, I caused to be placed in the United States mail (first class, postage pre-paid) copies of the foregoing "NOTICE OF APPEAL" addressed as follows:

ROBERT R. BERRY
5450 Village Drive
Viera, Florida 32955
(321) 504-0321 (Office)