# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2012-5013

ANTONINO EUGENE LYONS,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in case no. 10-CV-627, Judge George W. Miller.

# O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

02/23/12

cc: Clerk's Office, CFC
Steven M. Mager
Robert R. Berry

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 23 2012

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 02/23/12

LYONS V US, 2012-5013
CFC - 10-CV-627

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: James Benjamin Date: 2/23/2012